UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CARL EKIZIAN,<br><br>          Plaintiff,<br><br>v.<br><br>HENDERSON HOSPITALITY LLC, et al.,<br><br>          Defendants. | Case No. 2:23-cv-00553-RFB-NJK<br><br>Order |

This case has been removed on diversity grounds. *See* Docket No. 1.

To assist federal courts in ensuring that diversity jurisdiction exists, the disclosure statement filed by each party "must name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party." Fed. R. Civ. P. 7.1(a)(2).[1] Plaintiff's certificate of interested parties fails to identify his citizenship. *See* Docket No. 4.

Accordingly, Plaintiff must file an amended certificate of interested parties by April 21, 2023, fully identifying his citizenship.

IT IS SO ORDERED.

Dated: April 14, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] This federal rule became effective on December 1, 2022.

1