UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CARL EKIZIAN,

    Plaintiff,

v.

HENDERSON HOSPITALITY LLC, et al.,

    Defendants.

Case No. 2:23-cv-00553-RFB-NJK

**Order**

    This case has been removed on diversity grounds. *See* Docket No. 1.

    To assist federal courts in ensuring that diversity jurisdiction exists, the disclosure statement filed by each party "must name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party." Fed. R. Civ. P. 7.1(a)(2).[1] Defendants' certificate of interested parties fails to identify any party or entities' citizenship attributed to them. *See* Docket No. 7.

    Accordingly, Defendants must file an amended certificate of interested parties by April 24, 2023, fully identifying the citizenship of any party or entity attributed to Defendants.

    IT IS SO ORDERED.

    Dated: April 17, 2023

                                                     Nancy J. Koppe
                                                   United States Magistrate Judge

---

[1] This federal rule became effective on December 1, 2022.

1