# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CARL EKIZIAN,<br><br>    Plaintiff,<br><br>v.<br><br>HENDERSON HOSPITALITY LLC, et al.,<br><br>    Defendants. | Case No. 2:23-cv-00553-RFB-NJK<br><br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than June 13, 2023, a joint proposed discovery plan.

IT IS SO ORDERED.

Dated: June 1, 2023

_____
Nancy J. Koppe
United States Magistrate Judge