# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CARL EKIZIAN,

    Plaintiff,

v.

HENDERSON HOSPITALITY LLC, et al.,

    Defendants.

Case No. 2:23-cv-00553-RFB-NJK

**Order**

[Docket No. 27]

    Pending before the Court is Injury Lawyers of Nevada's motion to withdraw as counsel for Plaintiff Carl Ekizian. Docket No. 27. Mr. Ekizian may file a response to the motion no later than August 31, 2023. The Clerk's Office is **INSTRUCTED** to mail and email a copy of this order to Mr. Ekizian at the addresses provided in Docket No. 27 at 2.

    IT IS SO ORDERED.

    Dated: August 9, 2023

                                                  Nancy J. Koppe
                                                 United States Magistrate Judge